IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LA CORA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:13-CV-927-WKW |
| | ) |
| FOOD GIANT | ) |
| SUPERMARKETS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On March 10, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED. The claims against the individual Defendants named in this action are DISMISSED, as the individual Defendants are improper parties under this Title VII action. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 26th day of March, 2014.

　　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE