IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LA CORA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:13-CV-927-WKW |
| | ) |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On March 4, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 54.) Upon an independent review of the file, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Defendant's Motion for Summary Judgment (Doc. # 49) is GRANTED;

(3) Defendant's Motion to Dismiss Pursuant to Rule 37 (Doc. # 45) is DENIED as moot;

(4) Plaintiff's "Motion for Objection" (Doc. # 48) is DENIED as moot; and

(5) Plaintiff's "Motion to Assign Master" (Doc. # 53) is DENIED.

A separate final judgment will be entered.

DONE this 29th day of March, 2016.

                                                   /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE